In the Matter of THOMAS BELL, Petitioner, v RICHARD A. BROWN, Respondent. [869 NYS2d 786]

This Court does not have subject matter jurisdiction to entertain this proceeding (*see* CPLR 7804 [b]; 506 [b]). Skelos, J.P., Santucci, McCarthy and Dickerson, JJ., concur.